■ In the Matter of ALEXANDER PASLEY, Petitioner, v ANTHONY ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [994 NYS2d 873]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto expunged from petitioner's institutional record and the mandatory $5 surcharge refunded to his inmate account. Petitioner has thus received all the relief to which he is entitled, and this proceeding is dismissed as moot (*see Matter of Scott v Fischer*, 119 AD3d 1307, 1307 [2014]).

Peters, P.J., McCarthy, Egan Jr., Devine and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.